**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 29, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00193-CV

## MANOHAR SINGH MANN, NARINDER SINGH NAGRA AND BHUPINDER SINGH, Appellant

### V.

## SIKH NATIONAL CENTER, INC., Appellee

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-83228**

### MEMORANDUM OPINION

This is an appeal from an order signed on March 30, 2021. On April 23, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant